**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **RONN COLLINGTON,** )<br>)<br>**MOVANT** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**RESPONDENT** ) | **CRIMINAL NO. 08-53-P-H**<br>**(CIVIL NO. 10-225-P-H)** |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 21, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on 28 U.S.C. § 2255 Motion. The time within which to file objections expired on February 7, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The movant's motion for 28 U.S.C. § 2255 relief is **DENIED**. Further, I find that no certificate of appealability shall issue in the event the movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 8TH DAY OF FEBRUARY, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**