# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:08-CR-53-DBH |
| | ) |
| RONN COLLINGTON, | ) |
| | ) |
| DEFENDANT | ) |

## ORDER ON DEFENDANT'S MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE

No action is necessary. The Probation Office has informed the court that while the general policy prohibits individuals on supervised release from traveling outside of the District during the first sixty days, the defendant did not inquire of Probation Office whether it would make an exception due to his specific circumstances. It adds: "The Probation Office will request that the defendant submit a Request for Permission to Travel form providing the specific details of his travel plans, for review and consideration. If the defendant's travel plans are acceptable, the Probation Office will provide him with permission to travel to New York prior to the sixty (60) day time period. This matter has been discussed with Assistant U.S. Attorney Daniel J. Perry, who advised that the U.S. Attorney's Office would not object to the defendant's motion if he submits an acceptable travel plan."

Accordingly, the defendant should contact the Probation Office for the appropriate form for permission to travel and complete and return it to the Probation Office.

SO ORDERED.

DATED THIS 9TH DAY OF DECEMBER, 2016

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE